TRACY L. WILKISON
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
JOHN D. ELLIS (Cal. Bar No. 322922)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone:  (213) 894-2740
    Facsimile:   (213) 894-0115
    E-mail:      john.ellis3@usdoj.gov

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 2:21-cv-00882 |
| Plaintiff, | COMPLAINT |
| v. | |
| DEANNA LAIKEN,<br>   aka "Jessie D. Laiken,"<br>   aka "Deanna Laiken-Richards," | |
| Defendant. | |

## COMPLAINT

The United States of America (United States), on behalf of its agency the Internal Revenue Service (IRS), brings this action to reduce federal tax assessments owed by Deanna Laiken (Laiken) to judgment. The United States complains and alleges on information and belief as follows:

### A. GENERAL ALLEGATIONS

#### Authorization for Suit

1. This action is brought at the direction of the Attorney General of the United States and at the request of, and with the authorization of, the Chief Counsel of the IRS, a delegate of the Secretary of the Treasury of the United States.

1

**Jurisdiction and Venue**

2. The district court has jurisdiction over this action under 28 U.S.C. §§ 1331 and 1340, as well as 26 U.S.C. § 7402.

3. Venue properly lies in the Central District of California under 28 U.S.C. § 1391(b)(1) because Laiken resides in this district, 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the United States' claims in this action occurred within the judicial district, and 28 U.S.C. § 1396 because this is a civil action for the collection of trust fund recovery penalty (TFRP) liabilities, 26 U.S.C. § 6672, owed by Laiken, who resides in and filed tax returns in the district.

**The Parties**

4. The United States is the plaintiff in this action and seeks to reduce to judgment certain TFRP assessments owed by Laiken for the quarters ending December 31, 2006, March 31, 2007, June 30, 2007, December 31, 2007, March 31, 2008, and December 31, 2008.

5. Laiken, who is also known as "Jessie D. Laiken" and "Deanna Laiken-Richards," is made a party to this action because the United States is seeking to reduce certain TFRP assessments she owes to judgment.

**B. CAUSES OF ACTION**

**I. First Claim for Relief: To Reduce Federal Tax Assessments to Judgment**

6. The United States incorporates by reference its allegations made in each of the paragraphs above as if fully restated herein.

7. The TFRP assessments that the United States seeks to reduce to judgment relate to employment tax liabilities incurred by Employment Management Solutions, Inc. (Solutions), Employment Management Specialists (Specialists), and Employment Management Systems, Inc. (Systems).

8. Solutions, Specialists, and Systems (collectively, the companies) were each Professional Employer Organizations (PEOs) incorporated in California. PEOs provide human-resources services, including payroll services, to client companies. A PEO

generally delivers these services by establishing and maintaining an employer relationship with the employees at a client's worksite (client employees) and by contractually assuming certain employer rights and responsibilities, including the obligation to withhold and pay over federal taxes, for those employees.

9. At all times relevant to this action, the companies had employees to whom they paid wages. Additionally, as PEOs, the companies paid wages to client employees. As such, the companies were subject to certain federal employment tax obligations imposed by the Internal Revenue Code (Title 26, U.S.C.), including the duties to:

    a. Withhold from and account for employee wages: (1) an estimated amount of federal income taxes; and (2) Social Security and Medicare taxes pursuant to the Federal Insurance Contributions Act, *see* 26 U.S.C. §§ 3102 and 3402;

    b. Pay over to the IRS any amounts withheld from employees' wages, *see id.*;

    c. Make periodic deposits of any withheld amounts into an appropriate depository bank in accordance with the federal deposit regulations, *see* 26 C.F.R. §§ 31.6302-1; and

    d. Report their employment taxes by filing a Form 941, Employer's Quarterly Federal Tax Return, with the IRS on a quarterly basis and remitting any unpaid employment tax balance not already deposited on or before its legal due date, *see* 26 U.S.C. § 6011; 26 C.F.R. § 31.6071(a)-1.

10. At all relevant times, Laiken was a person who was responsible for collecting, truthfully account for, and paying over to the United States the federal income, Social Security, and Medicare taxes (collectively, the trust fund taxes) withheld from the wages paid by the companies.

11. At all relevant times, Laiken controlled the companies' finances and determined which of their creditors would be paid and when those creditors would be

paid.

12. During all relevant tax periods, Laiken willfully failed to collect, truthfully account for, and pay the companies' trust fund taxes over to the United States.

13. Instead of complying with her obligations under the Internal Revenue Code, Laiken, among other unlawful expenditures, used the companies' trust fund taxes to pay the companies' operating expenses and to pay personal expenses for herself and her family members.

14. On the dates set forth below, a delegate of the Secretary of the Treasury made TFRP assessments, 26 U.S.C. § 6672, against Laiken by reason of her willful failure to collect, truthfully account for, and pay over to the United States the companies' trust fund taxes, as well as interest assessments pursuant to 26 U.S.C. § 6601:

| Tax Period Ending | Assessment Date | Amount | Company | Assessment Type | Balance Due as of 1/22/2021 |
|---|---|---|---|---|---|
| 12/31/2006 | 7/13/2009 | $495,689 | Solutions Specialists | TFRP | $1,311,737 |
| | 8/17/2009 | $355,878 | | TFRP | |
| | 8/17/2009 | $1,905 | | Interest | |
| | 3/16/2015 | $174,552 | | Interest | |
| | 10/10/2016 | $55,291 | | Interest | |
| | 10/9/2017 | $44,060 | | Interest | |
| | 10/8/2018 | $52,036 | | Interest | |
| | 10/7/2019 | $66,484 | | Interest | |
| | 10/5/2020 | $56,595 | | Interest | |
| 3/31/2007 | 4/26/2010 | $222,838 | Systems | TFRP | $333,865 |
| | 3/16/2015 | $36,221 | | Interest | |
| | 10/10/2016 | $16,094 | | Interest | |
| | 10/9/2017 | $11,192 | | Interest | |
| | 10/8/2018 | $13,218 | | Interest | |

| | | | | | |
|---|---|---|---|---|---|
| | 10/7/2019 | $16,883 | | Interest | |
| | 10/5/2020 | $14,387 | | Interest | |
| 6/30/2007 | 4/26/2010 | $20,428 | Systems | TFRP | $25,401 |
| | 3/16/2015 | $3,508 | | Interest | |
| | 10/10/2016 | $1,287 | | Interest | |
| | 10/9/2017 | $1,026 | | Interest | |
| | 10/8/2018 | $1,211 | | Interest | |
| | 10/7/2019 | $1,547 | | Interest | |
| | 10/5/2020 | $1,077 | | Interest | |
| 12/31/2007 | 3/8/2011 | $170,906 | Systems | TFRP | $240,228 |
| | 3/16/2015 | $31,642 | | Interest | |
| | 10/10/2016 | $10,429 | | Interest | |
| | 10/9/2017 | $8,310 | | Interest | |
| | 10/8/2018 | $9,816 | | Interest | |
| | 10/7/2019 | $12,432 | | Interest | |
| | 10/5/2020 | $10,352 | | Interest | |
| 3/31/2008 | 4/26/2010 | $74,115 | Systems | TFRP | $62,444 |
| | 3/16/2015 | $12,146 | | Interest | |
| | 10/10/2016 | $3,329 | | Interest | |
| | 10/9/2017 | $2,120 | | Interest | |
| | 10/8/2018 | $2,472 | | Interest | |
| | 10/7/2019 | $3,158 | | Interest | |
| | 10/5/2020 | $2,691 | | Interest | |
| 12/31/2008 | 4/26/2010 | $215,723 | Systems | TFRP | $278,062 |
| | 3/16/2015 | $41,555 | | Interest | |
| | 10/10/2016 | $12,148 | | Interest | |
| | 10/9/2017 | $9,593 | | Interest | |

|   | 10/8/2018 | $11,298 |   | Interest |   |
|---|---|---|---|---|---|
|   | 10/7/2019 | $14,341 |   | Interest |   |
|   | 10/5/2020 | $12,085 |   | Interest |   |

15. Notice of the liabilities described in the preceding paragraph was given to, and payment demanded from, Laiken.

16. Despite proper notice and demand, Laiken failed, neglected, or refused to fully pay the liabilities, and after the application of all abatements, payments, and credits, Laiken remains liable to the United States in the amount of **$2,251,737** as of January 22, 2021, plus statutory interest and fees that have accrued and will continue to accrue according to law.

//
//
//
//
//

WHEREFORE, the United States requests that the Court:

A.    Enter a judgment in favor of the United States and against Laiken for her TFRP liabilities for the quarters ending December 31, 2006, March 31, 2007, June 30, 2007, December 31, 2007, March 31, 2008, and December 31, 2008, in the aggregate amount of **$2,251,737**, calculated to January 22, 2021, plus interest and statutory additions thereon as provided by law from the date of each assessment, including all fees and collection costs incurred before or after the filing of this complaint;

B.    Grant the United States its costs incurred in bringing this action, including all fees and collection costs incurred before or after the filing of this complaint; and

C.    Order any further relief it deems just and appropriate.

Dated: January 29, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

   /s/ John D. Ellis
JOHN D. ELLIS
Assistant United States Attorney

Attorneys for the United States of America